IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. 08-cr-183-JLK

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**MICHAEL FRANCIS BROEMMEL**

      Defendant.

---

MINUTE ORDER

---

Judge John L. Kane **ORDERS**

On September 10, 2010, I revoked Plaintiff's supervised release and ordered him to surrender to the U.S. Bureau of Prisons before noon on November 1, 2010. Plaintiff has filed two motions seeking to delay his date of surrender (Docs. 9 and 16). The United States shall file a combined response to these motions no later than October 20th, 2010.

---

Dated: October 7, 2010